IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01725-AP

Larry L. Aragon,

     Plaintiff,

v.

Carolyn W. Colvin, Commissioner of Social Security,

     Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

James R. Koncilja
Koncilja & Koncilja, P.C.
125 W. B St.
Pueblo, CO 81003
719- 543-9591
kandkpc@comcast.net

<u>For Defendant</u>:

Christina J. Valerio
Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Region VIII
1961 Stout St., Suite 4169
Denver, CO 80294
Telephone 303-844-7328
Facsimile 303-844-0770
christina.valerio@ssa.gov

Attorneys for the Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed: July 1, 2013**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: November 21, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed: January 13, 2014**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete and adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that this case does not involve unusually complicated or out of the ordinary claims.

**7. OTHER MATTERS**

Both parties raise no other matters before the Court

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due: March 17, 2014**

    **B.**    **Defendant's Response Brief Due: April 16, 2014**

    **C.**    **Plaintiff's Reply Brief (If Any) Due: May 1, 2014**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.      **Defendant's Statement:** Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      A.      **( )**   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.      **( x )**   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 3rd day of February, 2014.

                                                        BY THE COURT:

                                                        *s/John L. Kane*
                                                        U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| s/James R. Koncilja | s/Christina J. Valerio |
| Koncilja & Koncilja, P.C. | By: Christina J. Valerio |
| 125 W. B. St. | Special Assistant United States Attorney |
| Pueblo, CO 81003 | Assistant Regional Counsel |
| kandkpc@comcasr.net | Office of the General Counsel |
| Attorney for Plaintiff | Social Security Administration |
| | 1961 Stout St., Suite 4169 |
| | Denver, CO 80294 |
| | christina.valerio@ssa.gov |
| | Attorneys for the Defendant |