IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01725-WYD

LARRY ARAGON,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on January 20, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

      ORDERED that the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED.**  It is further

      ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

      ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>22nd</u> day of January, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


<u>/s/ Robert R. Keech</u>
Robert R. Keech,
Deputy Clerk